USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEVIN D. WOODLEY,

                Plaintiff,

      v.                        07 Civ. 1399(BSJ)(MHD)

LEAH BRYANT, KELVIN BRYANT,
and KAZ RECORDS, INC.,           **ORDER**

                Defendants.
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

After having reviewed Magistrate Judge Michael H. Dolinger's Report and Recommendation dated July 18, 2008 (the "Report"), and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, Defendants' motion to dismiss the complaint is DENIED.

**SO ORDERED:**

                                              **BARBARA S. JONES**
                                              **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
            August 19, 2007