UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                         :
KEVIN D. WOODLEY and                     :
GENESIS RECORDING, CORP.,                :
                                         :
                 Plaintiffs,             :
                                         : 07 Cv. 1399 (BSJ)(MHD)
          v.                             :        **Order**
                                         :
LEAH BRYANT, KELVIN BRYANT, and          :
KAZ RECORDS, INC.,                       :
                                         :
                 Defendants.             :
----------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**


        For the reasons set forth at a hearing held on October 9,

2009, the Defendants' Motion for Summary Judgment and the

Plaintiffs' Cross-Motion for Summary Judgment are DISMISSED with

leave to replead.


SO ORDERED:

                              BARBARA S. JONES
                              UNITED STATES DISTRICT JUDGE


Dated:     New York, New York
           October 9, 2009


1